NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1051

IRIS CORPORATION,

Plaintiff-Appellant,

v.

JAPAN AIRLINES INTERNATIONAL CO., LTD.,

Defendant-Appellee,

and

JAPAN AIRLINES CORPORATION,

Defendant.

Appeal from the United States District Court for the Eastern District of New York in case no. 06-CV-6336, Judge Carol Bagley Amon.

ON MOTION

## O R D E R

We treat Japan Airlines Corporation et al.'s (the debtors) notification that the automatic stay provisions of 11 U.S.C. § 362 are applicable as a motion to stay the proceedings in this court. The United States moves for an extension of time to file a brief as amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to stay proceedings is granted. The debtors are directed to file a status report with this court every 90 days concerning the status of the bankruptcy

proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

(2)    The United States' motion is granted to the extent that if the stay of the briefing schedule is lifted, the amicus brief will be due within 21 days of the order lifting of the stay of the briefing schedule. The appellant's opening brief will also be due within 21 days of the lifting of the stay.

FOR THE COURT

FEB 0 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Stephen N. Weiss, Esq.
       Charles F. Schill, Esq.
       Anisha S. Dasgupta, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 5 2010

JAN HORBALY
CLERK